Harry W. Standidge, plaintiff in error, v. City Hall Square Company, defendant in error. Gen. No. 33,173.

Opinion filed May 31, 1929. Rehearing denied and opinion modified June 11, 1929.

James F. Bishop and A. A. Worsley, for plaintiff in error. Mayer, Meyer, Austrian & Platt, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.